UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-------------------------------------------------------------x

RICKY GOLDIN,

                Plaintiff,

-against-

MARKEL AMERICAN INSURANCE
COMPANY,

                Defendant.

-------------------------------------------------------------x

12-cv-3772 (ES) (CLW)

**STIPULATION OF PARTIAL VOLUNTARY DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for all of the parties hereto that the Second Count contained in plaintiff Ricky Goldin's Complaint be and the same hereby is dismissed with prejudice and without costs.

Dated: November 8, 2012

RUBIN, FIORELLA & FRIEDMAN LLP
Attorneys for MARKEL AMERICAN
INSURANCE COMPANY

By: _____
Michael E. Stern, Esq.
630 Third Avenue
New York, New York 10017
(212) 953-2381

RAFFI MOMJIAN PC
Attorneys for RICKY GOLDIN

By: _____
Raffi Momjian, Esq.
111 Paterson Avenue
Hoboken, NJ 07030
(201) 222-9377